

# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St.
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

April 11, 2024

**BY ECF**
Hon. Dale E. Ho
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007-1312

Re:   Garcia et al. v. Suds by the Park Inc. et al.
      23-cv-06034-DEH

Your Honor:

This firm represents Plaintiff in the above-referenced matter. The parties write jointly to provide a status update regarding status of the stipulation of dismissal and to request a brief extension of the April 11, 2024 deadline to file the stipulation of dismissal.

Defendants' counsel has requested additional time to make the settlement payment and Plaintiff complied. Therefore, the Plaintiff will file the stipulation of dismissal once payment is rendered on May 6, 2024.

The parties thank the Court for its time and attention to this matter.

Respectfully Submitted,

 /s/Mary Bianco
Mary Bianco, Esq.
CSM Legal, P.C.
*Attorneys for Plaintiff*

Application **GRANTED.**  The parties shall file the stipulation of dismissal by **May 6, 2024.**  So Ordered.

The Clerk of Court is respectfully directed to close the motion at ECF No. 20.

Dale E. Ho
United States District Judge
Dated: April 11, 2024
New York, New York

*Certified as a minority-owned business in the State of New York*